AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Anthony Twine

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 502

Lassetter & Associates, Inc. et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendants Chicago Auto Recovery & Gary Roberts, joint and severally, in the amount of $23,603.33. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 6/27/2008

_____
/s/ Rhonda Johnson, Deputy Clerk